## Salerno, Appellant, *v.* Donoway.

Argued January 7, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Frank J. Marcone,* for appellant.

*Edward J. Carney, Jr.,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Judgments affirmed.